UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | DOCKET NO: 3:19CR356 |
| V. ) | ORDER |
| ) | |
| JOSE LOPEZ CASTRO ) | |
| ) | |

This **MATTER** is before the Court on its own Motion to administratively close the case as to **JOSE LOPEZ CASTRO.** The defendant appears to remain a fugitive with no activity taking place in this case in recent times.

It is, therefore, ORDERED that this case be deemed closed for administrative purposes only, subject to re-opening upon the apprehension or appearance of the defendant.

Signed: October 26, 2022

_____
Frank D. Whitney
United States District Judge